IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PRESTON LINDENTHALER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv863-D |
| | ) | WO |
| WENDY ROBINSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 13, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is

ORDERED that said Recommendation be and the same is hereby adopted and that this case be and the same is hereby DISMISSED with prejudice pursuant to directives of 28 U.S.C. § 1915(e)(2)(B).

DONE this 27th day of September, 2005.

    /s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE